[No. 29127-1-I. Division One. February 16, 1993.]

JAMES F. WARD, JR., ET AL, *Respondents*, v. PRECISION LABORATORY PLASTICS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-2-02563-9, James H. Allendoerfer, J.,

entered September 4, 1992. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Webster, C.J., and Pekelis, J.